IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-40361
_____

HARTFORD LLOYDS INSURANCE COMPANY,

Plaintiff - Appellant-Cross-Appellee,

v.

AMERICAN PHYSICIANS,

Defendant - Appellee-Cross-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas, Corpus Christi
(C-94-CV-552)
_____
June 5, 1997
Before KING, DAVIS, and DEMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.